Form B1 (Official Form ) - (Rev. 12/03)                                                                                    2003 USBC, Central District of California

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Chase, Kai Chalon** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**dba Kai Chase Catering** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br><br>**2980** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**927 North Kings Road<br>Unit 117<br>West Hollywood, CA 90069** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the da of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s)<br>☐ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Sec. 304 - Case ancillary to foreign proceeding | ☐ Chapter 11<br>☐ Chapter 12 | ☐ Chapter 13 |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information (Estimates only)**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**THIS SPACE FOR
COURT USE ONLY**

**FILED**

**OCT 1 3 2005**

CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF C[...]
BY

Form B1 (Official Form 1) -Page 2 - (Rev. 12/03) | 2003 USBC, Central District of California

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtors: Kai Chun Chase | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Kai A. Chase_
Signature of Debtor

X _Not Applicable_
Signature of Joint Debtor

Telephone Number and Fax Number (If not represented by attorney)

_10/12/05_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s

**Rocky W. Dorcy**
Printed Name of Attorney for Debtor(s)

**Law Offices of Rocky W. Dorcy**
Firm Name

**15501 Milbank Street  Encino, CA 91436**
Address

**(818) 986-0391**                    **(818) 986-7485**
Telephone and Fax Number

_10/12/05_       **119674**
Date              Bar Number

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Not Applicable_
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     _10-12-05_
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Complete Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and complete Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Not Applicable_
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

STATEMENT OF RELATED CASES
INFORMATION REQUIRED BY LOCAL RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_ , California  _Kai C. Chase_

Dated: _10/12/05_

Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                   **F 1015-2.1**

Notice of Available Chapters (Rev. 04/04)                                      2004 USBC, Central District of California

Name:     **Rocky W. Dorcy**
Address:  **Law Offices of Rocky W. Dorcy**
          **15501 Milbank Street**
          **Encino, CA 91436**

Telephone:  **(818) 986-0391**              Fax:    **(818) 986-7485**

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: | Case No.: |
|---|---|
| **Kai Chalon Chase** <br><br> **dba Kai Chase Catering** | # NOTICE OF AVAILABLE CHAPTERS |

---

1.  Section 342(b) of 11 U.S.C. ("The Bankruptcy Code") states:
    "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2.  You are eligible to file under chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3.  You are eligible to file under chapter 11 for debt reorganization upon payment of the additional fee required.

4.  If your noncontingent, liquidated debts are less than $307,675.00 unsecured and $922,975.00 secured (11 U.S.C. § 109(e)), you are also eligible to file under chapter 13 and to use future income to pay all or a portion of your debts.

5.  At the present time, if you are a family farmer, with a regular annual income, as defined by 11 U.S.C. §§ 101(18), (19), you are not able to file under chapter 12, as it has expired.

6.  To determine which chapter to file under, it is recommended that you consult an attorney.

**JON D. CERETTO**
Clerk of Court

**"I have read the above NOTICE OF AVAILABLE CHAPTERS."**

*Kai C. Chase*                                  *10/12/05*

Signature of Debtor                              Date

If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period,
you may not file bankruptcy without prior leave of the Court.

` Form B6 - (6/90)                                                                      1998 USBC, Central District of California

# United States Bankruptcy Court
# Central District of California

| In re   **Kai Chalon Chase** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 26,820.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 4 | | $ 42,767.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 55,414.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,320.00 |
| Total Number of sheets in ALL Schedules ➤ | | 18 | | | |
| Total Assets ➤ | | | $ 26,820.00 | | |
| Total Liabilities ➤ | | | | $ 98,181.00 | |

Form B6A - (6/90)

2001 USBC, Central District of California

| In re   **Kai Chalon Chase** | Case No.: | |
|---|---|---|
| Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

Form B6B - (10/89)                                                     1998 USBC, Central District of California

| In re  Kai Chalon Chase | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Misc Cash | | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Misc Funds in Bank Accounts | | 300.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord Security Deposit | | 2,500.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Misc Household goods and furnishings | | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Misc Wearing apparel | | 1,500.00 |
| 7. | Furs and jewelry. | | Misc Jewelry | | 5,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities.  Itemize and name each issuer. | X | | | |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. | Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. | Accounts receivable. | X | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. | Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |

Form B6B - Continued - (10/89)                                                    1998 USBC, Central District of California

| In re  **Kai Chalon Chase** | Case No.: | |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 Jeep Cher. | | 2,500.00 |
| | | | 1993 Caravan | | 2,000.00 |
| 24. | Boats, motors, and accessories. | X | | | |
| 25. | Aircraft and accessories. | X | | | |
| 26. | Office equipment, furnishings, and supplies. | X | | | |
| 27. | Machinery, fixtures, equipment and supplies used in business. | | **Misc Equip. Kitchen equip: One Double Door Refreg. One Double Door Freezer, One Convection oven, One, Six Burner range, Grill, three sinks, four work tables, shelfing misc kitchen equipment including pots and pans, mixers.** | | 10,000.00 |
| 28. | Inventory. | X | | | |
| 29. | Animals. | | **House Cat worth all the money in the world to me but no market value.** | | 0.00 |
| 30. | Crops - growing or harvested. Give particulars. | X | | | |
| 31. | Farming equipment and implements. | X | | | |
| 32. | Farm supplies, chemicals, and feed. | X | | | |
| 33. | Other personal property of any kind not already listed. Itemize. | X | | | |

Form B6B - Continued - (10/89)

1998 USBC, Central District of California

In re **Kai Chalon Chase**

Debtor.

Case No.

(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _2_   continuation sheets attached | | **$ 26,820.00** |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

Form B6C - (6/90)                                                                    1998 USBC, Central District of California

| In re  **Kai Chalon Chase** | Case No.: | |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1987 Jeep Cher. | C.C.P. § 703.140(b)(2) | 2,975.00 | 2,500.00 |
| 1993 Caravan | C.C.P. § 703.140(b)(1) | 2,500.00 | 2,000.00 |
| Landlord Security Deposit | C.C.P. § 703.140(b)(1) | 2,500.00 | 2,500.00 |
| Misc Cash | C.C.P. § 703.140(b)(5) | 50.00 | 20.00 |
| Misc Equip. Kitchen equip: One Double Door Refreg. One Double Door Freezer, One Convection oven, One, Six Burner range, Grill, three sinks, four work tables, shelfing misc kitchen equipment including pots and pans, mixers. | C.C.P. § 703.140(b)(5) | 300.00 | 10,000.00 |
| | C.C.P. § 703.140(b)(1) | 9,900.00 | |
| Misc Funds in Bank Accounts | C.C.P. § 703.140(b)(5) | 500.00 | 300.00 |
| Misc Household goods and furnishings | C.C.P. § 703.140(b)(3) | 3,475.00 | 3,000.00 |
| Misc Jewelry | C.C.P. § 703.140(b)(1) | 3,775.00 | 5,000.00 |
| | C.C.P. § 703.140(b)(4) | 1,225.00 | |
| Misc Wearing apparel | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |

Form B6D - (12/03)                                                                    2003 USBC, Central District of California

| In re | **Kai Chalon Chase** | Case No. | |
|---|---|---|---|
| | Debtor | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | VALUE | | | | | |

0 Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | | $0.00 |
| Total (Use only on last page) | | $0.00 |

(Report total also on Summary of Schedules)

Form B6E - (Rev . 04/04)

2004 USBC, Central District of California

In re __Kai Chalon Chase__ _____ Case No.: _____
                                    Debtor.                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3  Continuation sheets attached

Form B6E - (Rev. 04/04)                                                    2004 USBC, Central District of California

| In re    Kai Chalon Chase | | Case No: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority: **Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Attorney General<br>U S. Dept. of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | | | duplicate for notice | | | | 0.00 | 0.00 |
| Last four digits of ACCOUNT NO.<br><br>Civil Process Clerk<br>United States Atty's Office<br>Federal Building, Room 7516<br>300 North Los Angeles St.<br>Los Angeles, CA 90012 | | | duplicate for notice | | | | 0.00 | 0.00 |
| Last four digits of ACCOUNT NO.<br><br>County of Los Angeles<br>Treasurer - Tax Collector<br>225 N. Hill Street<br>P.O. Box 513191<br>Los Angeles, CA 90051-1191<br>Franchise Tax Board<br>Attention: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | personal property tax assessment | | | | 0.00 | 0.00 |
| Last four digits of ACCOUNT NO.<br><br>Internal Revenue Services<br>Insolvency I Stop 5022<br>300 North Los Angeles St., Rm 4062<br>Los Angeles, CA 90012-9903 | | | duplicate for notice | | | | 0.00 | 0.00 |

Sheet no. 1 of 3 Continuation
sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                    **$0.00**

Total
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - (Rev . 04/04)

2004 USBC, Central District of California

| In re | Kai Chalon Chase | | Case No. | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to
Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> IRS <br> ACS Support - Stop 813G <br> P.O. Box 145566 <br> Cincinnati, OH 45240-5566 | | | income taxes from 1995, 2000, 2001, 2002, 2003 and 2004 | | | | 14,349.00 | 14,349.00 |
| Last four digits of ACCOUNT NO. <br><br> State of California <br> Franchise Tax Board <br> P.O. Box 942867 <br> Sacramento, CA 94267-0011 | | | income tax 1999 -2000 | | | | 8,700.00 | 8,700.00 |
| Last four digits of ACCOUNT NO. <br><br> State Of California <br> Board of Equalization <br> P.O. Box 942879 <br> Sacramento, CA 94279-0001 | | | taxes disputed for the year 1998-2003 | | | X | 19,718.00 | 19,718.00 |
| Last four digits of ACCOUNT NO. <br><br> U S Atty's Office Tx Division <br> Federal Building, Room 7211 <br> 300 North Los Angeles Street <br> Los Angeles, CA 90012 | | | duplicate for notice | | | | 0.00 | 0.00 |
| Last four digits of ACCOUNT NO. <br><br> U S Dept of Justice Tax Div. <br> Civ. Trial Sec., Western Region <br> P.O. Box 683 <br> Ben Franklin Station <br> Washington, DC 20044 | | | duplicate for notice | | | | 0.00 | 0.00 |

Sheet no. 2 of 3 Continuation
sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Subtotal
(Total of this page) | $42,767.00

Total
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - (Rev . 04/04)

2004 USBC, Central District of California

| In re | Kai Chalon Chase | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>United States Trustee<br>725 South Figueroa Street, 26 Fl<br>Los Angeles, CA 90017 | | | duplicate for notice | | | | 0.00 | 0.00 |

Sheet no. 3 of 3 Continuation
sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | $0.00 |
| Total<br>(Use only on last page of the completed Schedule E.) | | $42,767.00 |

(Report total also on Summary of Schedules)

Form B6F (Official Form 6F) - (Rev. 12/03)

2003 USBC, Central District of California

| In re | **Kai Chalon Chase** | | Case No : | |
|-------|----------------------|---------|-----------|---------------|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Bettina Netri Fidelity Information Corp. 17282 W. Sunset Blvd. Ste A3 Pacific Palisades, CA 90272 | | | duplicate for address | | | | 0.00 |
| Last four digits of ACCOUNT NO. Cedars-Sinai Med. Ctr. 8700 Beverly Blvd. Los Angeles, CA 90048 | | | duplicate for address | | | | 0.00 |
| Last four digits of ACCOUNT NO. City of West Hollywood 8300 Santa Monica Blvd. West Hollywood, CA 90069-4314 | | | listed as precaution | | | X | 0.00 |
| Last four digits of ACCOUNT NO. Classic Party Rental 8476 Steller Dr. Culver City, CA 90232 | | | 01/01/2002 party rentals  judgment creditor | | | | 8,750.00 |
| Last four digits of ACCOUNT NO. Daimler Chryler Service P.O. Box 685 Roanoke, TX 76262 | | | 01/01/2002 Reposed Vehicle in 2002 | | | | 5,384.00 |

  4   Continuation sheets attached

| | | |
|---|---|---|
| Subtotal | | $14,134.00 |
| Total | | |

Form B6F (Official Form 6F) - Continued - (Rev. 12/03)

2003 USBC, Central District of California

| In re | **Kai Chalon Chase** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Daimler Chrysler** P.O. Box 21-8004 Auburn Hills, MI 48321 | | | duplicate for notice | | | | 0.00 |
| Last four digits of ACCOUNT NO. **Dept. Water Power City Los Progressive Managment** 1521 W. Cameron Ave. West Covina, CA 91790-2738 | | | 11/04/2004 collection agent for DWP | | | | 473.00 |
| Last four digits of ACCOUNT NO. **Designed Receivable Solution** 1 Centerpointe Dr. Ste 450 La Palma, CA 90623 | | | collection agent for Cedars Sinai | | | | 341.00 |
| Last four digits of ACCOUNT NO. **Fidelity Info Corp** P.O. Box 100 Pacific Palisa, CA 90272-4181 | | | 01/01/2003 assignee of Bettina Netri | | | | 7,987.00 |
| Last four digits of ACCOUNT NO. **G.G. Produce** 5305 Rivergrade Road Baldwin Park, CA 91706 | | | 12/01/2000 judgment creditor | | | | 1,610.00 |

Sheet no. 1 of 4 sheets
attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | ↗ | **$10,411.00** |
| Total (Use only on last page of the completed Schedule F.) | ↗ | |

Form B6F (Official Form 6F) - Continued - (Rev. 12/03)    2003 USBC, Central District of California

| In re | Kai Chalon Chase | | Case No.: | |
|-------|------------------|--|-----------|--|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Mercedes Benz Credit**<br>**2050 Roanoka Road**<br>**Westlake, TX 76262-9616** | | | **duplicate for address** | | | | 0.00 |
| Last four digits of ACCOUNT NO.<br>**Money Control**<br>**P.O. Box 49990**<br>**Riverside, CA 92514-1990** | | | **07/01/2003**<br>**assignee of SBC California and Pac bell** | | | | 744.00 |
| Last four digits of ACCOUNT NO.<br>**Nextel**<br>**Corporate Headquarter**<br>**2001 Edmund Halley Drive** | | | **02/02/2002**<br>**tele** | | | | 1,700.00 |
| Last four digits of ACCOUNT NO.<br>**Pacific Bell**<br>**c/o Money Control**<br>**7891 Mission Grove Pkwy S**<br>**Ste A**<br>**Riverside, CA 92508** | | | **duplicate** | | | | 0.00 |
| Last four digits of ACCOUNT NO.<br>**PRM Capital One**<br>**P.O. Box 9040**<br>**South San Francisco, CA 94083** | | | **listed as precaution unknown creditor** | | | X | 0.00 |

Sheet no. 2 of 4 sheets
attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | $2,444.00 |
| Total ➤<br>(Use only on last page of the completed Schedule F.) | |

Form B6F (Official Form 6F) - Continued - (Rev. 12/03)

2003 USBC, Central District of California

| In re | **Kai Chalon Chase** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Pyun H. Lee 4100 W. Pico Los Angeles, CA 90019 | | | 02/02/2002 Landlord | | | X | 9,225.00 |
| Last four digits of ACCOUNT NO. Regal Rents 2310 E. Imperial Hwy. El Segundo, CA 90245 | | | 07/07/2002 judgment crediter | | | X | 20,900.00 |
| Last four digits of ACCOUNT NO. Regal Rents c/o Gary S. Sherman, Esq. 21112 Ventura Blvd. Woodland Hills, CA 8\91364 | | | duplicate for address | | | | 0.00 |
| Last four digits of ACCOUNT NO. SBC c/o Financial Credit Network P.O. Box 3084 Visalia, CA 93278 | | | duplicate listed for notice | | | | 0.00 |
| Last four digits of ACCOUNT NO. SBC Californai Payment Center Sacramento, CA 95887 | | | tele duplicate for notice | | | | 0.00 |

| | | |
|---|---|---|
| Subtotal (Total of this page) | | $30,125.00 |
| Total (Use only on last page of the completed Schedule F.) | | |

Form B6F (Official Form 6F) - Continued - (Rev. 12/03)

2003 USBC, Central District of California

| In re | **Kai Chalon Chase** | Debtor. | Case No. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Verizon** <br> **15505 Sand Canyon Ave.** <br> **Irvine, CA 92618** | | | 03/03/2003 <br> tele service | | | | 600.00 |
| Last four digits of ACCOUNT NO. <br> **West Coast Production** <br> **110 N. Grand Ave.** <br> **Beverly Hills, CA 90210** | | | 11/01/2002 <br> judgment creditor | | | X | 0.00 |
| Last four digits of ACCOUNT NO. <br> **Worldcom** <br> **c/o MCI** <br> **P.O. Box 4641** <br> **Iowa City, IA 52244-4641** | | | 02/02/2002 <br> tele service | | | | 2,000.00 |

Subtotal  ✔
(Total of this page)

Total  ✔
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| **$2,600.00** | |
| **$59,714.00** | |

(Report also on Summary of Schedules)

Form B6G - (10/89)                                                                 1998 USBC, Central District of California

| In re   **Kai Chalon Chase** | Case No. | |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H - (6/90)                                          1998 USBC, Central District of California

| In re    **Kai Chalon Chase** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Form B6I - (Rev. 12/03)                                    2003 USBC, Central District of California

| In re   **Kai Chalon Chase** | Debtor. | Case No.: | (If known) |
|---|---|---|---|

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| Employment: | DEBTOR | SPOUSE |
| Occupation | **Caterer** | |
| Name of Employer | **Self** | |
| How long employed | **10 years** | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 2,500.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 2,500.00 | $ |

TOTAL COMBINED MONTHLY INCOME _____ **$ 2,500.00** _____   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                **NONE**

Form B6J - (Rev. 06/04)                                                                                    2004 USBC, Central District of California

In re  **Kai Chalon Chase**                                    Case No.:
                                            Debtor.                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
    schedule of expenditures labeled "Spouse".

| | | | | |
|---|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 1,565.00 |
| Are real estate taxes included? | Yes _____ | No ✓ | | |
| Is property insurance included? | Yes _____ | No ✓ | | |
| Utilities   Electricity and heating fuel | | | $ | 200.00 |
| Water and sewer | | | $ | 0.00 |
| Telephone | | | $ | 60.00 |
| Other   Cable TV | | | $ | 50.00 |
| Cell | | | $ | 150.00 |
| Internet | | | $ | 30.00 |
| Home maintenance (repairs and upkeep) | | | $ | 25.00 |
| Food | | | $ | 350.00 |
| Clothing | | | $ | 75.00 |
| Laundry and dry cleaning | | | $ | 40.00 |
| Medical and dental expenses | | | $ | 100.00 |
| Transportation (not including car payments) | | | $ | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 25.00 |
| Charitable contributions | | | $ | 25.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| Homeowner's or renter's | | | $ | 0.00 |
| Life | | | $ | 0.00 |
| Health | | | $ | 0.00 |
| Auto | | | $ | 75.00 |
| Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)   Income Taxes | | | $ | 150.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | | |
| Auto | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 150.00 |
| Other | | | $ | 0.00 |

| | | |
|---|---|---:|
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 3,470.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each | $ | |

(interval)

Form B6 - Continued - (Rev/ 12/03)                                                    2003 USBC, Central District of California

| In re   Kai Chalon Chase | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief. (Total shown on summary page plus 1)

Date: ___10/12/05___          Signature: ___Kai C. Chase___

                                                      *Debtor*

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.**
**18 U.S.C §§ 152 and 3571.**

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/03)          2003 USBC, Central District of California

| In re | Kai Chalon Chase | Case No.: | |
|-------|------------------|-----------|--|
|       |         Debtor. |      (If known) | |

## UNITED STATES BANKRUPTCY COURT
### Central District of California

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
| 35,000.00 | Income from employment | 2003 |
| 50,000.00 | Income from employment | 2004 |
| 25,000.00 | Income from business | 2005 ytd approx |

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
|  | Gifts from family and Friends as needed not income  listed for information only | |

## 3. Payments to creditors

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under **chapter 12** or chapter 13 must include payments by either or both spouses whether or not a joint **petition** is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| Rent | | | |

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing **under** chapter 12 or chapter 13 must include payments by either or both **spouses whether** or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/03)                    2003 USBC, Central District of California

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IRS** | **06/01/2005** | **bank accounts $1,000** |

---

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT. NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rocky W, Dorcy**<br>**15501 Milbank Street**<br>**Encino, CA 91436** | **October 2005** | **$1800 plus filing fee** |

## 10.  Other transfers

None
☑

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 12/03)                                    2003 USBC, Central District of California

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 12/03)                                              2003 USBC, Central District of California

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 12/03)                                                            2003 USBC, Central District of California

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers **(if the taxpayer identification number is the individual debtor's Social Security Number, include the last four digits only),** nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partnership, sole proprietorship, or was a self- employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned five percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned five percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned five percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER (EIN)1 | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kai Chase** | | **Home Based Business** | **Catering Business** | **01/01/1997** |

If the debtor uses his/her Social Security Number as the taxpayer identification number (EIN), include only the last four digits.

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Alison Fowlkes** **Los Angeles, CA** | **1995 to present** |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐

| NAME | ADDRESS |
|---|---|
| **Debtor** | |

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 12/03)                          2003 USBC, Central District of California

d.  List all financial institutions, creditors and other parties, including mercantile and trade
agencies, to whom a financial statement was issued within the **two years** immediately preceding the
commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who
supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

b.  List the name and address of the person having possession of the records of each of the two
inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each
member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each
stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one
year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

Statement of Financial Affairs (Form 7) - Page 8 - (Rev. 12/03)                2003 USBC, Central District of California

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement
of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period**
immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding
the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 12/03)    2003 USBC, Central District of California

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date    10/12/05

Signature
of Debtor    *Kai C. Chase*

Kai Chalon Chase

Form B8 (Official Form 8) - (Rev. 12/03)

2003 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re   **Kai Chalon Chase** | Case No.: |
|---|---|
| Debtor | Chapter:   **7** |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.   *Property To Be Surrendered.*

**Description of Property**                    **Creditor's Name**

**1.**      **None**

b.   *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **None** | | | | | |

Date:   10/12/05

Signature of Debtor

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|-------|-----------|
| **Kai Chalon Chase** | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me. for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,800.00 |
| Prior to the filing of this statement I have received | $ | 1,800.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   b)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   c)  [Other provisions as needed]

      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Fees do not include representation in adversary actions, motions or any other hearing or matter excepting only the 341(a) hearing.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_10/12/05_
Date

_____
Signature of Attorney

**Law Offices of Rocky W. Dorcy**
Name of Law Firm

Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No.

Rocky W. Dorcy
119674
15501 Milbank Street
Encino, CA 91436

(818) 986-0391
(818) 986-7485

*Attorney for Kai Chase*

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Kai Chalon Chase

2980                                                        Debtor.

CHAPTER __7__

CASE NUMBER

(No Hearing Required)

## DECLARATION RE:  LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* __10/04/2005__ , I agreed with the Debtor that for a fee of __$1,800.00__ ,¹
    would provide only the following services:

    a.  ☑  Prepare and file the Petition and Schedules

    b.  ☑  Represent the Debtor at the 341(a) Hearing

    c.  ☐  Represent the Debtor in any relief from stay actions

    d.  ☐  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
        11 U.S.C. § 727

    e.  ☐  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
        11 U.S.C. § 523

    f.  ☑  Other *(specify)*:

        **NO Other services**

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and
    correct and that this declaration was executed on the following date at the city set forth in the upper left-hand
    corner of this page.

Dated:  10/12/05

I HEREBY APPROVE THE ABOVE:

*Kai A. Chase*

*Kai Chalon Chase, Signature of Debtor*

**Law Offices of Rocky W. Dorcy**
*Law Firm Name*

By: _____

Name:  **Rocky W. Dorcy**
        *Attorney for Debtor*

Verification of Creditor Mailing List - (Rev. 12/03)                    2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       Rocky W. Dorcy
Address    Law Offices of Rocky W. Dorcy
           15501 Milbank Street
           Encino, CA 91436
Telephone  (818) 986-0391

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 6 years:<br><br>Kai Chalon Chase<br>dba Kai Chase Catering | Case No.: |
| | Chapter:            7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **6**  sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:       10/12/05                        _Kai C. Chase_
                                            Kai Chalon Chase, Debtor


Rocky W. Dorcy, Attorney *(if applicable)*

Kai Chalon Chase
927 North Kings Road
Unit 117
West Hollywood, CA 90069


Rocky W. Dorcy
Law Offices of Rocky W. Dorcy
15501 Milbank Street
Encino, CA 91436


United States Trustee
Ernst & Young Plaza
725 S. Figueroa Street
26th Floor
Los Angeles, CA 90017

Attorney General
U S. Dept. of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Bettina Netri
Fidelity Information Corp.
17282 W. Sunset Blvd. Ste A3
Pacific Palisades, CA 90272


Cedars-Sinai Med. Ctr.
8700 Beverly Blvd.
Los Angeles, CA 90048


City of West Hollywood
8300 Santa Monica Blvd.
West Hollywood, CA 90069-4314


Civil Process Clerk
United States Atty's Office
Federal Building, Room 7516
300 North Los Angeles St.
Los Angeles, CA 90012


Classic Party Rental
8476 Steller Dr.
Culver City, CA 90232


County of Los Angeles
Treasurer - Tax Collector
225 N. Hill Street
P.O. Box 513191
Los Angeles, CA 90051-1191


Daimler Chryler Service
P.O. Box 685
Roanoke, TX 76262

Daimler Chrysler
P.O. Box 21-8004
Auburn Hills, MI 48321


Dept. Water Power City Los
Progressive Managment
1521 W. Cameron Ave.
West Covina, CA 91790-2738


Designed Receivable Solution
1 Centerpointe Dr.
Ste 450
La Palma, CA 90623


Fidelity Info Corp
P.O. Box 100
Pacific Palisa, CA 90272-4181


Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


G.G. Produce
5305 Rivergrade Road
Baldwin Park, CA 91706


Internal Revenue Services
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903


IRS
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati, OH 45240-5566

Mercedes Benz Credit
2050 Roanoka Road
Westlake, TX 76262-9616


Money Control
P.O. Box 49990
Riverside, CA 92514-1990


Nextel
Corporate Headquarter
2001 Edmund Halley Drive


Pacific Bell
c/o Money Control
7891 Mission Grove Pkwy S
Ste A
Riverside, CA 92508


PRM Capital One
P.O. Box 9040
South San Francisco, CA 94083


Pyun H. Lee
4100 W. Pico
Los Angeles, CA 90019


Regal Rents
c/o Gary S. Sherman, Esq.
21112 Ventura Blvd.
Woodland Hills, CA 8\91364


Regal Rents
2310 E. Imperial Hwy.
El Segundo, CA 90245

SBC
c/o Financial Credit Network
P.O. Box 3084
Visalia, CA 93278


SBC Californai
Payment Center
Sacramento, CA 95887


State Of California
Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


State of California
Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011


U S Atty's Office Tx Division
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, CA 90012


U S Dept of Justice Tax Div.
Civ. Trial Sec., Western Region
P.O. Box 683
Ben Franklin Station
Washington, DC 20044


United States Trustee
725 South Figueroa Street, 26 Fl
Los Angeles, CA 90017


Verizon
15505 Sand Canyon Ave.
Irvine, CA 92618

West Coast Production
110 N. Grand Ave.
Beverly Hills, CA 90210


Worldcom
c/o MCI
P.O. Box 4641
Iowa City, IA 52244-4641